# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Charles Patrick Harris, <br><br> Plaintiff(s), <br><br> vs. <br><br> Andrew M. Saul, <br><br> Defendant(s). | JUDGMENT IN CASE <br><br> 1:20-cv-00129-DSC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 4, 2021 Order.

June 4, 2021

Frank G. Johns, Clerk
United States District Court